IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK D'ELIA, M.D.** : | | |
| : | **CIVIL ACTION** | |
| **Plaintiff,** : | | |
| v.         : | | |
| : | NO.   15-3040 | |
| **UNUM LIFE INSURANCE COMPANY** : | | |
| **OF AMERICA** : | | |
| : | | |
| **Defendant.** : | | |

**ORDER**

**AND NOW**, this 15th day of August, 2016, upon consideration of Defendant Unum Life Insurance Company of America's Choice of Law Motion Regarding Applicability of ERISA [Doc. No. 15], Plaintiff Frank D'Elia, M.D.'s Response in Opposition [Doc. No. 18], Defendant's Reply Brief [Doc. No. 22], Plaintiff' Sur-reply Brief [Doc. No. 25], Defendant's Sur-sur-reply Brief [Doc. No. 27], Plaintiff's Supplement to the Sur-reply [Doc. No. 28], and Defendant's Response to the Supplement to the Sur-reply [Doc. No. 29], it is hereby **ORDERED** that the Motion is **GRANTED**.  Plaintiff's claims against Defendant shall be governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq.

It is so **ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**